

GABRIEL P. HARVIS
BAREE N. FETT

September 20, 2016

BY ECF
Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Happy v. City of New York, et al.*, 15 CV 6232 (JBW) (RML)

Your Honor:

    I represent plaintiff in the above-referenced matter. The matter has been settled. In connection with the settlement of the infant plaintiff's claims, I respectfully enclose the following:

1. A proposed Infant Compromise Order;

2. An affidavit of the infant plaintiff's mother, Nurun Happy, in support of the proposed Infant Compromise; and

3. A declaration of the undersigned in support of the proposed Infant Compromise and supporting exhibit.

    Plaintiff respectfully requests that the Court review the enclosed materials and endorse the proposed order.[1] Thank you for your consideration of this request.

---

[1] Based on prior experience, the City Comptroller will not act based on a "proposed" order. Accordingly, should the Court endorse plaintiff's proposed order, plaintiff respectfully requests that the Court strike the word "proposed" from the caption.

Hon. Robert M. Levy
Sept. 20, 2016

>Thank you for your attention to this matter.

Respectfully submitted,

Gabriel P. Harvis

Encl.

cc:   ACC Matthew McQueen, Esq.